```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 08236
    GERALDINE TURNER
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-0229


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 04/04/2008 and was confirmed 06/02/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
COOK COUNTY STATES ATTOR  NOTICE ONLY     NOT FILED              .00              .00
DEPT OF WATER             SECURED            184.77              .00              .00
COOK COUNTY COLLECTOR     SECURED           1047.47              .00              .00
HOME LOAN SERVICES INC    CURRENT MORTG        .00               .00              .00
HOME LOAN SERVICES INC    MORTGAGE ARRE   24920.39               .00              .00
NATIONAL CITY MORTGAGE    NOTICE ONLY     NOT FILED              .00              .00
LABCORP                   UNSEC W/INTER   NOT FILED              .00              .00
CHICAGO AVE FEDERAL CU    UNSEC W/INTER   NOT FILED              .00              .00
COMCAST                   UNSEC W/INTER   NOT FILED              .00              .00
ANIL K AGARWAL DDS        UNSEC W/INTER   NOT FILED              .00              .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER   NOT FILED              .00              .00
DR ANIL J AGARWAL         NOTICE ONLY     NOT FILED              .00              .00
HOUSEHOLD FINANCE/ BENEF  UNSEC W/INTER   NOT FILED              .00              .00
HOUSEHOLD RECOVERY SERVI  UNSEC W/INTER   NOT FILED              .00              .00
HFC/BENEFICIAL            UNSEC W/INTER   NOT FILED              .00              .00
LABORATORY CORP           UNSEC W/INTER   NOT FILED              .00              .00
LITILE COMPANY OF MARY H  UNSEC W/INTER   NOT FILED              .00              .00
LITILE COMPANY OF MARY H  UNSEC W/INTER   NOT FILED              .00              .00
MALCOLM S GERALD          UNSEC W/INTER   NOT FILED              .00              .00
EVERGREEN EMERGENCY SERV  UNSEC W/INTER   NOT FILED              .00              .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     2807.50              .00              .00
RADIOLOGY IMAGING SPECIA  UNSEC W/INTER   NOT FILED              .00              .00
FIRST FRANKLIN MTG        NOTICE ONLY     NOT FILED              .00              .00
BENNIE W FERNANDEZ        DEBTOR ATTY       2,373.00                           890.10
TOM VAUGHN                TRUSTEE                                               77.28
DEBTOR REFUND             REFUND                                                  .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                            RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      967.38

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 08236 GERALDINE TURNER
```

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     890.10
TRUSTEE COMPENSATION                                                77.28
DEBTOR REFUND                                                         .00
                                     ---------------    ---------------
TOTALS                                        967.38             967.38
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


   Dated: 01/26/09                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE